FEE PAID
FEE NOT PAID
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

<u>Key3Media Events, Inc.</u>

**Plaintiff(s)**

vs.

<u>Krause International, Inc., et al.</u>

**Defendant(s)**

Case No.: ___WMN-02-CV-1842___

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

\* \* \* \* \* \*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, _____Michael B. Adlin_____, am a member in good standing of the bar of

MD 13463

this Court. My bar number is ___DC 438743___. I am moving the admission of

Robert H. Platt _____ to appear *pro hac vice* in this case as

counsel for __Key3Media Events, Inc._____.

We certify that:

1.      The proposed admittee is a member in good standing of the bars of the following State Courts
and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of New York | 1982 |
| State of California | 1983 |
| | |
| | |
| | |

2.      During the twelve months immediately preceding this motion, the proposed admittee has been
admitted *pro hac vice* in this Court __0__ times.

3.      The proposed admittee has never been disbarred, suspended, or denied admission to practice
law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                                    Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.     The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.     Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.     **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

Michael B. Adlin
Printed Name

Manatt, Phelps & Phillips, LLP
Firm

1501 M Street N.W., Suite 700
Washington, DC   20005-1702
Address

(202) 463-4300
Telephone Number

(202) 463-4394
Fax Number

PROPOSED ADMITTEE

_____
Signature

Robert H. Platt
Printed Name

Manatt, Phelps & Phillips, LLP
Firm

11355 W. Olympic Boulevard
Los Angeles, CA   90064
Address

(310) 312-4000          Prid 288030
Telephone Number        Plid 87733

(310) 312-4224
Fax Number

********************************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

_____6/7/02_____
Date

_____
United States District Judge

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                    Page 2 of 2