

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

Key3Media Events, Inc.
        Plaintiff(s)

vs.

Krause International, Inc., et al.
        Defendant(s)

Case No.: WMN-02-CV-1842

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Michael Adlin__, am a member in good standing of the bar of this Court. My bar number is __MD 13463 / DC 438743__. I am moving the admission of

__Seth A. Gold__ to appear *pro hac vice* in this case as counsel for __Key3Media Events, Inc.__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| California | December 1992 |
| Central District California | July 1993 |
| Northern District California | January 1995 |
| Southern District California | July 1996 |
| Ninth Circuit Court of Appeals | November 1999 |
| New York | March 2000 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Signature | /s/ Signature |
| Michael B. Adlin  Printed Name | Seth A. Gold  Printed Name |
| Manatt, Phelps & Phillips, LLP  Firm | Manatt, Phelps & Phillips, LLP  Firm |
| 1501 M Street N.W., Suite 700  Washington, DC 20005-1702  Address | 11355 W. Olympic Boulevard  Los Angeles, CA 90064  Address |
| (202) 463-4300  Telephone Number | (310) 312-4000  Telephone Number    Prid 356019   Plid 87733 |
| (202) 463-4394  Fax Number | (310) 312-4224  Fax Number |

********************************************************************

## ORDER

☑ GRANTED    ☐ DENIED

6/6/02
Date

/s/ 
United States District Judge

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of Plaintiff's Motions for Admission Pro Hac Vice of Robert H. Platt and Seth A. Gold are being deposited with the United States Postal Service as first- class prepaid mail on this 4th day of June 2002 to counsels for Defendants:

Bernard E. LeSage
Clinton D. Wilburn
Buchalter, Nemer,
  Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

George R. Clark
David Ober
Reed Smith LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3373

_____
Michael B. Adlin, Esq.
Manatt, Phelps & Phillips. LLP
1501 "M" Street N.W., Suite 700
Washington, DC   20005
Phone: (202) 463-4300
Fax: (202) 463-4394

Counsel for Plaintiff

30133026.1