UNITED STATES DISTRICT COURT
DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD  20770
(301) 344-0634

October 24, 2002

Seth A. Gold, Esq.
Robert H. Platt, Esq.
Manatt Phelps and Phillips
11355 W. Olympic Blvd.
Los Angeles, CA 90064-1614

George R. Clark, Esq.
David Ober
Reed Smith, LLP
East Tower
1301 K St., N.W., Suite 1100
Washington, D.C.  20005

       RE:  Key3Media Events v. Krause Int'l., et al.
            Civil Action No. DKC 2002-1842

Dear Counsel:

   A telephone scheduling conference will be held on **Friday, November 8, 2002, at 1:30 p.m.**  Chambers will place the conference call to counsel.

   Despite the informal nature of this letter, it constitutes an Order of Court and the clerk is instructed to docket it as such.

                    Very truly yours,

                    DEBORAH K. CHASANOW
                    United States District Judge

cc:  Court File