IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEY3MEDIA EVENTS, INC. | * | |
| Plaintiff | * | |
| | | Civil Action No.: DKC 2002-1842 |
| vs. | * | |
| KRAUSE INTERNATIONAL, INC., et al. | * | |
| | ****** | |
| Defendants | | |

**ORDER**

Key3Media Events, Inc., Plaintiff and Counter-Defendant, having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this _21st_ day of _February_ 20_03_,

ORDERED that this action be administratively closed without prejudice to the right of any party to move to reopen this action for good cause shown.

_____
DEBORAH K. CHASANOW
United States District Judge

U.S. District Court (Rev. 12/1999)

